AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 21-132MB | 5/13/2021 / 12:00 PM | Will provide a copy to defendant's attorney Silver |

Inventory Made in the Presence of:

Special Agent Brandon Lopez

Inventory of the property taken and name of any person(s) seized:

The image of James Theodor Polzin's iPhone 12 Max Pro, Serial Number G0NDPJZ50D46, located on a Kingston Ironkey D300 128GB thumb drive.

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/20/2021

Executing officer's signature

Gregory N. Luethans, Special Agent
Printed name and title